Trust Company of Chicago, Administrator of Estate of August H. Braatz, Deceased, Appellee, v. Walter J. Cummings and Daniel C. Green, Receivers, et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 42,689.

opinion filed November 4, 1943; rehearing denied November 23, 1943. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; Charles E. Mallon, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.